UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TROY STEIMEL,<br>    Plaintiff,<br><br>-v-<br><br>CONWAY PROWASH, LLC,<br>PREVENTION FIRE AND SAFETY LLC,<br>PROFESSIONAL SERVICES LLC, and<br>BARDLEY BEHRENDT,<br>    Defendants. | No. 1:15-cv-599<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court granted Defendants' motion for summary judgment, dismissed Plaintiff's Fair Labor Standard Act claim and declined to exercise jurisdiction over Plaintiff's state claim based class action claim.

Having resolved all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

    **THIS MATTER IS TERMINATED**

    **IT IS SO ORDERED.**

Date:  May 31, 2016                          /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge